United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cherise N. Brown  
    Debtor

Case No. 22-11414-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 13, 2024      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherise N. Brown, 427 Holly Road, Yeadon, PA 19050-3214 |
| 14882707 | + | Nationstar Mortgage LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696867 | #+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Lily C. Calkins, Esquire, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14695193 | | Portfolio Recovery/One Main, PO box 3251, Evansville, IN 47731-3251 |
| 14695196 | + | Tariq Brown, 427 Holly Road, Lansdowne, PA 19050-3214 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 14 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14708732 | + | Email/Text: g17768@att.com | Jun 14 2024 00:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14716071 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 14 2024 00:44:25 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14716311 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 14 2024 00:44:49 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 4450, Portland OR 97208-4450 |
| 14695186 | + | Email/Text: bankruptcy@acacceptance.com | Jun 14 2024 00:39:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 14695187 | + | Email/Text: bankruptcy@acacceptance.com | Jun 14 2024 00:39:00 | American Credit Acceptance, LLC, PO Box 204531, Dallas, TX 75320-4531 |
| 14706810 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 00:44:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14702350 | + | Email/Text: kwalters@autotrakk.com | Jun 14 2024 00:40:00 | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14695188 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 01:19:23 | Capital One, PO Box 60511, City of Industry, CA 91716-0511 |
| 14695189 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 14 2024 00:39:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14709965 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 14 2024 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14696919 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 00:44:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14695190 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 00:39:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14779293 | | Email/Text: amps@manleydeas.com | Jun 14 2024 00:39:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14779342 | | Email/Text: amps@manleydeas.com | Jun 14 2024 00:39:00 | Nationstar Mortgage LLC, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14712434 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 00:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14712122 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 00:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14695191 | + | Email/PDF: pa_dc_claims@navient.com | Jun 14 2024 00:44:48 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14699915 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 14 2024 00:39:00 | Navient Solutions, LLC. on behalf of, ECMC, Lockbox 8682, PO BOX 16478, St Paul, MN 55116-0478 |
| 14699669 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 14 2024 00:39:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14698107 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 14 2024 00:39:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14695192 | + | Email/Text: bncnotifications@pheaa.org | Jun 14 2024 00:39:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14711530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 00:44:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14711433 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 00:44:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14695194 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2024 00:39:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14695195 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 14 2024 01:00:25 | Sprint Corp., PO Box 7949, Overland Park, KS 66207 |
| 14695197 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 14 2024 00:39:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |
| 14699588 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 00:44:39 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| cr | * | NATIONSTAR MORTGAGE LLC, c/o Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Jun 13, 2024      Form ID: pdf900      Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| DANIEL P. MUDRICK | on behalf of Creditor Auto Trakk LLC dpmudrick@verizon.net, g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Cherise N. Brown msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    CHERISE N. BROWN

            Debtor

Chapter 13

Bankruptcy No. 22-11414-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 13, 2024**

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge